PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>DOLLY ANN CHAMBERLAIN )<br>) | Docket Number:  2:01CR00552 |

On September 23, 2002, the above-named was placed on probation for a period of 3 years. She has complied with the rules and regulations of supervision. She has completed payment of over $82,000 in restitution. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Deborah A. Spencer

**DEBORAH A. SPENCER
Senior United States Probation Officer**

Dated:      July 15, 2005
            Elk Grove, California
            DAS:kms

**REVIEWED BY:**      /s/ Joe E. Glaspie
            **JOE E. GLASPIE
            Deputy Chief United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   Dolly Ann CHAMBERLAIN
Docket Number:  2:01CR00522
ORDER TERMINATING Probation
<u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the she be discharged from probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| July 18, 2005 <br> **Date** | /s/ Frank C. Damrell Jr. <br> **Frank C. Damrell, Jr.** <br> **United States District Judge** |

DAS
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office